UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David H Neal | § | Case No. 12-48298 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on             . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                          Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David H. Neal |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 |  |  |  |  |  |
|  | 2 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 |  |  |  |  |  |
|  | 3 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 |  |  |  |  |  |
|  | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 |  |  |  |  |  |
|  | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 |  |  |  |  |  |
|  | 6 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 |  |  |  |  |  |
| 1 | Ecast Settlement Corporation, Assignee |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ecast Settlement Corporation, Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-48298 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | David H Neal | | | | Date Filed (f) or Converted (c): | 12/10/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 04/08/2014 | | | | Claims Bar Date: | 05/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Account With Usaa Insurance | 3,500.00 | 3,500.00 | OA | 0.00 | FA |
| 2. Glenview State Bank Checking Account | 475.00 | 475.00 | OA | 0.00 | FA |
| 3. Charles Schwab Brokerage Account | 83.00 | 83.00 | OA | 0.00 | FA |
| 4. Mb Financial Checking Account. Joint With Non-Filing Spouse. | 1,176.00 | 1,176.00 | OA | 0.00 | FA |
| 5. Household Goods; Tv, Vcr, Stereo, Couch, Utensils, Vacuum, T | 750.00 | 750.00 | OA | 0.00 | FA |
| 6. Books, Cd's, Dvd's, Tapes/Records, Family Pictures | 60.00 | 60.00 | OA | 0.00 | FA |
| 7. Necessary Wearing Apparel. | 100.00 | 100.00 | OA | 0.00 | FA |
| 8. Watch, Necklace, Gold Ring, Wedding Ring | 1,300.00 | 1,300.00 | OA | 0.00 | FA |
| 9. Usaa Whole Life Insurance. Spouse Is Beneficiary | 5,938.00 | 5,938.00 | OA | 0.00 | FA |
| 10. Shares Of Real Estate Investment Trust: Divall Insured Incom | 13,200.00 | 13,200.00 | | 12,055.25 | FA |
| 11. February 2012 Quarterly Reit Divident Income. | 370.00 | 370.00 | OA | 0.00 | FA |
| 12. 2000 Oldsmobile Alero With Over 80,000 Miles (Joint With Spo | 1,604.00 | 1,604.00 | OA | 0.00 | FA |
| 13. Family Pets/Animals. | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $28,556.00 $28,556.00 $12,055.25 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee examined Debtor and determined that he owns 50 shares in DiVall Insured Income Properties 2 Limited Partnership. The Trustee retained Marty Johnson and American Partnership Board to auction Debtor's limited partnership interests. Debtor's partnership interests were sold at auction on or about June 27, 2013 for $263 per unit. The estate will realize a total of $13,150 less previously approved expenses.

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 02/28/2015         Current Projected Date of Final Report (TFR): 02/28/2015

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 12-48298 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | David H Neal | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5430 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0174 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/08/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | 10 | TCAdvisors<br>507 Canyon Boulevard<br>Boulder, CO 80302 | Proceeds of Sale<br>Sale of debtor's 50 interests in DiVall Insured Income Properties 2 Limited Partnership | 1129-000 | $8,679.50 | | $8,679.50 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.78 | $8,665.72 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.86 | $8,648.86 |
| 11/01/13 | 10 | TCAdvisors<br>507 Canyon Boulevard<br>Boulder, CO 80302 | Proceeds of Sale<br>Distribution re sale of debtors interest in DiVall Insured Income Properties | 1129-000 | $3,050.75 | | $11,699.61 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.39 | $11,682.22 |
| 12/04/13 | 10 | TCAdvisors<br>507 Canyon Boulevard<br>Boulder, CO 80302 | Proceeds of Sale<br>Balance of distribution of sale of debtor's interest in Divall Insured Income Properties | 1129-000 | $325.00 | | $12,007.22 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.81 | $11,990.41 |
| 12/11/13 | 1001 | David H. Neal<br>92 3rd Court<br>Bartlett, IL 60103 | Debtor exemption in proceeds of sale of Divall Insured Income Properties 2 | 8100-002 | | $146.00 | $11,844.41 |
| 02/19/14 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,940.93 | $9,903.48 |

Page Subtotals: $12,055.25  $2,151.77

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-48298  
Case Name: David H Neal  
Taxpayer ID No: XX-XXX0174  
For Period Ending: 04/08/2014  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5430  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/14 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1.72 | $9,901.76 |
| 02/19/14 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,700.00 | $7,201.76 |
| 02/19/14 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $10.08 | $7,191.68 |
| 02/19/14 | 1006 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 1 representing a payment of 20.18 % per court order. | 7100-000 | | $3,046.21 | $4,145.47 |
| 02/19/14 | 1007 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 2 representing a payment of 20.18 % per court order. | 7100-000 | | $4,145.47 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $12,055.25 | $12,055.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,055.25 | $12,055.25 |
| Less: Payments to Debtors | $0.00 | $146.00 |
| Net | $12,055.25 | $11,909.25 |

Page Subtotals: $0.00   $9,903.48

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5430 - Checking | $12,055.25 | $11,909.25 | $0.00 |
| | $12,055.25 | $11,909.25 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,055.25 |
| Total Gross Receipts: | $12,055.25 |

Page Subtotals:  $0.00    $0.00